IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TIMMY DALE WHITAKER                                            PLAINTIFF

V.                                                  NO. 1:09CV196-D-A

SHERIFF CHARLES RINEHART, et al.                              DEFENDANTS

## ORDER

In accordance with the opinion issued this day, Plaintiff's motion for temporary restraining order (docket entry 64) is DENIED.

**IT IS SO ORDERED.**

THIS the 13th day of September, 2010.

/s/ Glen H. Davidson
SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI